UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY,<br><br>    Defendant. | Case No. 13-cv-02736-WHO<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Re: Dkt. No. 4 |

Defendant United States Department of the Army ("Defendant") and Plaintiff American Small Business League ("Plaintiff"), by and through their respective counsel, stipulate to extend the time for Defendant to respond to Plaintiff's Complaint pursuant to Civil Local Rule 6-1(a) of the Northern District of California as follows:

　　　　1.　　On June 14, 2013, Plaintiff filed its Complaint for Injunctive Relief under the Freedom of Information Act ("Complaint");

　　　　2.　　 On July 1, 2013, the U.S. Attorney's Office was served with Plaintiff's Complaint by certified mail;

　　　　3.　　Pursuant to 5 U.S.C. § 552(a)(4)(C), Defendant's response to the Complaint is presently due to be filed and served on July 31, 2013;

　　　　4.　　The parties have agreed to a 30-day extension of time for Defendant to respond to the Complaint from July 31, 2012 to August 31, 2013;

　　　　5.　　No prior extensions of time have been requested or granted; and

　　　　6.　　This change will not alter the date of any event or any deadline already fixed by Court order.

　　　　THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and

Defendant that Defendant will have until August 31, 2013, to respond to Plaintiff's Complaint.

DATED: July 18, 2013               Respectfully submitted,

                                    ____/s/ Robert E. Belshaw_____

                                    ROBERT E. BELSHAW

                                    Attorneys for Plaintiff


                                    MELINDA HAAG

                                    United States Attorney

                                    ____/s/ Rebecca Falk_____

                                    REBECCA FALK[1]

                                    Assistant United States Attorney

                                    Attorneys for Defendant


**IT IS SO ORDERED.**

Dated: July 18, 2013

_____

WILLIAM H. ORRICK
United States District Judge

---

[1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

2