1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  REBECCA A. FALK (CSBN 226798)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7022
7         FAX: (415) 436-6740
          rebecca.falk@usdoj.gov
8
   Attorneys for Defendant
9
   ROBERT E. BELSHAW (SBN 142028)
10 OF COUNSEL
   GUTIERREZ & ASSOCIATES
11 244 California Street, Suite 300
   San Francisco, CA 94111
12 Telephone:  (415) 956-9590

13 Attorneys for Plaintiff
   American Small Business League
14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

18

19 AMERICAN SMALL BUSINESS LEAGUE,    )   CASE NO. 13-02736 WHO
                                      )
20      Plaintiff,                    )   **STIPULATION OF DISMISSAL WITHOUT**
                                      )   **PREJUDICE PURSUANT TO FED. R. CIV. P.**
        v.                            )   **41(a)(1)(A)(II) AND N.D. CIV. L.R. 77-2**()
21                                    )
   UNITED STATES DEPARTMENT OF THE    )
22 ARMY,                              )
                                      )
23      Defendant.                    )

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
13-02736 WHO

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, the parties to this lawsuit, having exchanged further correspondence regarding the document requests made by Plaintiff under the Freedom of Information Act ("Requests"), *see* Compl. ¶¶ 5-9 & Exhs. A-C, agree that the claims asserted by Plaintiff in this action shall be dismissed voluntarily and without prejudice;

WHEREAS, this action is not subject to Rules 23(e), 23.1(c), or 66, and therefore may be dismissed voluntarily pursuant to the stipulation of all parties who have appeared, see Fed. R. Civ. P. 41(a)(1)(A)(ii), and may be ordered dismissed by the Clerk without further direction of a Judge, see N. D. Civ. L.R. 77-2(c);

NOW, THEREFORE, it is hereby agreed and stipulated, by and between Plaintiff American Small Business League and Defendant United States Department of the Army, through their undersigned counsel, that this action, including all claims and counterclaims that were or could have been asserted by the parties with respect to the Requests, shall be and hereby are dismissed without prejudice. The parties further agree and stipulate that this Court shall retain jurisdiction over any dispute regarding attorney's fees.

IT IS SO STIPULATED.

DATED: August 22, 2013

By:   /s/ Robert Belshaw
ROBERT E. BELSHAW
Attorney for Plaintiff

DATED: August 22, 2013

MELINDA HAAG
United States Attorney

By:   /s/ Rebecca A. Falk
REBECCA A. FALK[1]
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: August 27, 2013

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

---

[1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
13-02736 WHO